SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 AUG -8  P 3:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 07 00528

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 1028(a)(6) -- Possession of a False or Stolen United States Identification Document (Class A Misdemeanor) |
| v. | |
| ISAIAS BARRIGA, a/k/a Santos De La Rosa, Jr., | SAN JOSE VENUE |
| Defendant. | |

INFORMATION

The United States Attorney charges:

On or about April 12, 2007, in the Northern District of California, the defendant

ISAIAS BARRIGA,
a/k/a Santos De La Rosa, Jr.,

knowingly possessed an identification document and authentication feature, that was or appeared to be an identification document and authentication feature of the United States, to wit: a United States Social Security number issued to Santos De La Rosa, Jr., which was produced without lawful authority, knowing that such document or feature was produced without such

//

INFORMATION

1  authority, in violation of Title 18, United States Code, Section 1028(a)(6), a Class A
2  misdemeanor.

3
4  DATED: 8/8/2007                    SCOTT N. SCHOOLS
                                      United States Attorney
5
6
7                                     DAVID R. CALLAWAY
                                      Deputy Chief, San Jose Branch Office
8
9  (Approved as to form: _____)
                          AUSA SUSAN KNIGHT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

E-FILING

---OFFENSE CHARGED---

18 U.S.C. § 1028(a)(6), Possession of a False or Stolen United States Identification Document

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

FILED 2007 AUG -8 P 3:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PENALTY: 1 year imprisonment, $100,000 fine, $25 special assessment, 1 year supervised release

CR 07 00528 RS

---DEFENDANT - U.S.---

▶ ISAIAS BARRIGA

DISTRICT COURT NUMBER

---DEFENDANT---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---PROCEEDING---

Name of Complaintant Agency, or Person (&Title, if any): **DSS**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO. **07-70436 RS**

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **SUSAN KNIGHT**

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: