11/09/2007 07:53 PM EDT

Version 7.0

# Case Debt Type Payment Report
## U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ISAIAS BARRIGA | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 54611001602 | 0 | PR | 25.00 | 08/27/2007 |

Case No. DCAN507CR000528

US V BARRIGA

Division Payment Total     25.00

Grand Total     25.00

$25.00 SPECIAL ASSESSMENT ON 8/27/07 PAID IN FULL

**FILED**
NOV 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Page 1 of 1